

# Court of Appeals
## Sixth Appellate District of Texas

J U D G M E N T

Robyn Morgan Boles, Appellant

No. 06-25-00083-CV       v.

Michael Boles, Appellee

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. 43043). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We further order that the appellant, Robyn Morgan Boles, pay all costs incurred by reason of this appeal.

RENDERED JANUARY 12, 2026
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk